**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01044-CV

**JOSEPH STUMPH, ET AL., Appellants**

**V.**

**CC-TURTLE CREEK, INC., ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11015-K**

## ORDER

We **DENY** appellants' September 25, 2014 unopposed motion to reconsider this Court's

September 17, 2014 order striking the agreed appellate record.


/s/     ELIZABETH LANG-MIERS
            JUSTICE